## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA M., <br><br>    Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br><br>    Defendant. | Case No.: 22-cv-1205-SBC <br><br> **ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL JUSTICE ACT, 28 U.S.C. SECTION 2412(D)** <br> **[ECF 25]** |

Pending before the Court is the parties' Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Justice Act, 28 U.S.C. section 2412(d) ("Joint Motion"). Based upon the parties' submission and their stipulation to the fee award, the Court **GRANTS** the Joint Motion and **ORDERS** that Plaintiff be awarded attorney's fees in the amount of $5,742.00 as authorized by 28 U.S.C. § 2412 and no costs under 28 U.S.C. § 1920 subject to the

/ / /

/ / /

-1-

terms of the Joint Motion, including, but not limited to, any offset as determined by the Government.

**IT IS SO ORDERED**.

Dated:  March 18, 2024

_____
Hon. Steve B. Chu
United States Magistrate Judge